EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: <br><br> María S. González Rodríguez | 2016 TSPR 179 <br><br> 196 DPR ____ |
|---|---|

Número del Caso: TS-12,038

Fecha: 4 de agosto de 2016

Abogado de la Peticionaria:

       Lcda. Carmen I. Navas
       Procuradora del Abogado
       Colegio de Abogados

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>María S. González Rodríguez | TS-12,038 | |
|---|---|---|

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de agosto de 2016.

Atendida la *Moción solicitando cambio de status en el Registro Único de Abogados y Abogadas,* se provee ha lugar.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo